IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| SIDNEY EUGENE CLARK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv534-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court:

(1) The United States Magistrate Judge's
recommendation (doc. no. 18) is adopted.

(2) The petition for writ of habeas corpus (doc.
no. 2) is dismissed for lack of jurisdiction
because the required permission has not been
obtained from the Eleventh Circuit Court of
Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of February, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE